**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6436**

MICHAEL J. GREENE,

Plaintiff - Appellant,

v.

WILLIAM O. (BILL) HUFFMAN; WILLIAM J. SADLER; GEORGE V. SITLER; SCOTT A. ASH,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Senior District Judge. (1:17-cv-02344)

Submitted: July 26, 2018                                   Decided: July 31, 2018

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael J. Greene, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Greene appeals the district court's order accepting the recommendation of the magistrate judge to dismiss Greene's 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *Greene v. Huffman*, No. 1:17-cv-02344 (S.D.W. Va. Apr. 18, 2018).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*